IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover          Date: January 26, 2007
Court Reporter: Paul Zuckerman

Criminal Action No. 07-cr-00008-MSK

*Parties*:                                    *Counsel Appearing*:

UNITED STATES OF AMERICA,                     Lauren Doyle (by telephone)

      Plaintiff,

v.

BRENT TRAVIS LANGE,                           Philip W. Ogden (by telephone)

      Defendant.

## COURTROOM MINUTES

HEARING:    Law and Motions

**1:40 p.m.    Court in session**.

Both counsel and the defendant are appearing by telephone.

**ORDER:**    Defendant's Motion Contesting Hearing by U.S. Magistrate Judge of Motion to Dismiss or in the Alternative to Suppress the Use of Any Physical Evidence and Any Statements Made in Relations Thereto and Other Pending Motions **(Doc. #9)** is **GRANTED** in that the matter will proceed in District Court before a District Judge.

Court addresses speedy trial date, other deadlines and recommendation that the parties contact the U.S. Attorney's office regarding discovery procedures.

The Court advises counsel to familiarize themselves with this Court's practice standards, including the Rule 702 process.

**ORDER:**    The new motions deadline is **February 2, 2007**. Responses to motions are due **February 12, 2007.** This shall include new motions, including motions to suppress. The trial date will be reset when the last suppression motion hearing has been held.

**ORDER:**    The Government's response to Motion to Dismiss (**Doc. #10)** is due **January 31, 2007.** The response shall include the time anticipated necessary for a hearing so that a hearing can be set.

**ORDER:**    Motions hearing (non-evidentiary) is scheduled for **February 20, 2007 at 4:30 p.m.** in Courtroom A901, 901 19th Street.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**ORDER:**     Bond is continued.

**1:55 p.m.     Court in recess.**

**Total Time:   15 minutes.**
**Hearing concluded.**