UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00008-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRENT T. LANGE,

        Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a hearing on Defendant's Motion to Dismiss or in the Alternative to Suppress the Use of any Physical Evidence and Statements **(#10)** and Motion to Suppress **(#23)** will be held on **March 26, 2007 at 2:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated this 31st day of January, 2007

        **BY THE COURT:**

        *Marcia S. Krieger*
        Marcia S. Krieger
        United States District Judge